UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HEALTH & WELFARE FUND OF THE UNITED
FOOD & COMMERCIAL WORKERS LOCAL 2013,
AFL-CIO BY ITS TRUSTEES LOUIS MARK
CAROTENUTO and STANLEY FLEISHMAN,

                         Plaintiff,

    -against-

CRESTVIEW MANOR LLC d/b/a CRESTVIEW
MANOR HOME FOR ADULTS,

                         Defendant.
-----------------------------------------------------------X

**PROPOSED ORDER OF**
**VOLUNTARY DISMISSAL**

24-CV-1547 (KMK)

Pursuant to F.R.C.P. 41(a)(1), Plaintiff HEALTH & WELFARE FUND OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO BY ITS TRUSTEES LOUIS MARK CAROTENUTO and STANLEY FLEISHMAN, by its counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed as against Defendant CRESTVIEW MANOR LLC d/b/a CRESTVIEW MANOR HOME FOR ADULTS.

Dated: Tarrytown, New York
         March 14, 2024

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

/s/ James M. Steinberg

By:   James M. Steinberg, Esq.
       Attorneys for Plaintiff
       303 South Broadway, Suite 234
       Tarrytown, New York 10591
       (914) 478-4293
       james@bradymcguiresteinberg.com

To:   Crestview Manor LLC
      150 Old Saw Mill River Road
      Hawthorne, New York 10532

SO ORDERED: /s/ KMK

_____
The Honorable Kenneth M. Karas
United States District Judge

3/15/2024